UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-089-RSL |
| Plaintiff, | |
| v. | [PROPOSED] |
| DWIGHT WEEMS, and, MOZELLE FRAZIER-DUBOIS, | **FINAL ORDER OF FORFEITURE** |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One black Beretta 92F 9 mm semi-automatic handgun; and,
2. One black Glock Model 22 .40 caliber semi-automatic handgun.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On January 8, 2016 and May 17, 2016, the Court entered Preliminary Orders of Forfeiture finding the above-identified firearms forfeitable pursuant to 18

Final Order of Forfeiture - 1
U.S. v. Weems, et al., CR15-089-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and forfeiting the Defendant Dwight Weems' and the Defendant Mozelle Frazier-Dubois' interests in them (Dkt. Nos. 67 & 84);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 87) and attempted direct notice to a potential claimant at his only known address as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶¶ 2 & 3, Exs. A & B); and,

- The time for filing third-party petitions has expired, and none were filed

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified firearms exists in any party other than the United States;

2. The above-identified firearms are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The Federal Bureau of Investigation, and/or its authorized representatives, is authorized to dispose of the above-identified firearms as permitted by governing law.

IT IS SO ORDERED.

DATED this 1st day of March, 2018.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

///

Final Order of Forfeiture - 2
U.S. v. Weems, et al., CR15-089-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

/s/ Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Weems, et al., CR15-089-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970