The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR 15-089 RSL |
|---|---|
| Petitioner, | ORDER RESETTING BRIEFING SCHEDULE |
| vs. | |
| DWIGHT WEEMS, | |
| Defendant. | |

The Court, having reviewed the Unopposed Motion to Reset the Briefing Schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion be granted. The briefing schedule shall be as follow:

a. Any reply should be filed on or before September 12, 2022 and the matter noted September 13, 2022.

DATED this 17th day of August, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Erin J. Radekin*
Erin J. Radekin
Attorney for Dwight Weems

---

*U.S. v. Weems*, CR 15-089 RSL
Order Resetting Briefing Schedule
Page 1 of 1

ERIN J. RADEKIN
1001 G Street, Suite 107
Sacramento, CA 95814
Phone: (916) 504-3931