Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DWIGHT WEEMS,<br><br>　　　　Defendant. | Case No. CR 15-089 RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND APPEAL DEADLINE BY ONE DAY |
|---|---|

ERIN J. RADEKIN, pro hac vice counsel for DWIGHT WEEMS, having moved to extend the deadline to file the notice of appeal of the Court's order denying his second motion for compassionate release on behalf of Mr. Weems, the Court being familiar with the records and files herein, and considering the declaration of counsel set forth in his motion, now therefore does

ORDER the deadline to file the notice of appeal is hereby extended by one day, to December 28, 2022.

//

*U.S. v. Dwight Weems,* CR15-089 RSL
ORDER GRANTING MOTION TO EXTEND
APPEAL DEADLINE
Page 1 of 2

ERIN J. RADEKIN
1001 G Street, Suite 107
Sacramento, CA 95814
Phone: (916) 504-3931

1. It is so ordered.

2. Dated this 3rd day of January, 2023.

*[signature: Robert S. Lasnik]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*U.S. v. Dwight Weems,* CR15-089 RSL
ORDER GRANTING MOTION TO EXTEND
APPEAL DEADLINE
Page 2 of 2

ERIN J. RADEKIN
1001 G Street, Suite 107
Sacramento, CA 95814
Phone: (916) 504-3931