UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DWIGHT WEEMS,<br><br>　　　　　　　Defendant. | CASE NO. CR15-089-RSL<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Attorneys Erin Radekin and Anna Tolin appeared to represent Defendant on a motion to reduce his sentence. On December 12, 2022, the Court denied the motion, Dkt. 138; a notice of appeal was filed on December 28, 2022, Dkt. 139, and the Court issued an order extending the deadline to appeal to that date. Dkt. 143.

On December 28, 2022, Ms. Radekin and Ms. Tolin moved to withdraw as counsel on the grounds they were retained solely to represent on the motion to reduce sentence that was brought in the District Court, and not for appeal. Dkt. 141. They request the Court grant the motion and direct the CJA administrator to appoint counsel for the appeal.

The record reflects Defendant has been in custody since 2015 and at various points during the original litigation of this case was appointed counsel. Based upon the foregoing the Court ORDERS:

ORDER GRANTING MOTION TO
WITHDRAW - 1

1. The motion to withdraw, Dkt. 141, brought by counsel Ms. Radekin and Ms. Tolin is GRANTED.

2. The CJA administrator is directed to obtain new counsel to represent Defendant in the appeal that was filed in this case.

3. The clerk shall provide a copy of this order to the CJA administrator and all parties.

DATED this 3rd day of January 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO
WITHDRAW - 2