UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DWIGHT WEEMS,<br><br>　　　　　　　　Defendant. | Case No. CR15-89RSL<br><br>RECOMMENDATION FOR PLACEMENT IN BUREAU OF PRISONS |

This matter comes before the Court on defendant's "Motion for Recommendation for Placement in Bureau of Prisons" (Dkt. # 148). The Court finds that Dwight Weems, BOP Register Number 08526-085, would benefit from greater access to educational opportunities and/or the opportunity to be closer to his family.

The Court therefore RECOMMENDS placement at FCI Sheridan, which would be closer to Weems' family and other support. In the alternative, the Court RECOMMENDS placement at FPC Yankton, which would provide Weems with further educational opportunities.

DATED this 13th day of March, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

RECOMMENDATION FOR PLACEMENT IN
BUREAU OF PRISONS - 1